No. 71–5844. GREEN *v.* LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–5846. BRUNGES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5848. LOTT *v.* OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 71–5849. GIBBS *v.* YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 71–5850. GRAHAM *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. (AEROJET-GENERAL CORP. ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–5853. TIMMONS *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–5856. CACAVAS *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–5857. CHRISTIAN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 71–5859. WYATT *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 71–5862. HUBER ET AL. *v.* STATE BOARD OF BAR EXAMINERS OF GEORGIA ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–5863. GOODMAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5864. WATSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.